**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BRUCE PACKAGING, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 1414 |
| | ) | |
| **ADVANCE ANALYTICAL TESTING** | ) | |
| **LABORATORIES, INC.**, a New Jersey | ) | |
| corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

Shaw Ferris ("Ferris"), one of the four defendants in this action has transmitted the

attached letter to Magistrate Judge Mary Rowland, who has in turn transmitted a copy of that

communication to this Court (to whose calendar this action has been assigned under the

computerized random assignment system in this District Court). It is of course the responsibility

of plaintiff's counsel to consider what action may be appropriate as to defendant Ferris.

_____
Milton I. Shadur
Senior United States District Judge

Date:  June 29, 2015

Dear ~~Judge Rowland,~~ *Judge Shadur*

Just a quick note to say hello and to ask for your help!

Some fella came by the other nite and handed this file (as is) to me.

I have no idea how this developed, but I haven't done any contract sales work for Advanced Analytical since this time last year and most of these claims that this fella make are wrong.

1. I was never at Advanced Analytical as an independent contractor 'around January, 2013' having started sometime in late September, 2013 which makes the argument for unsolicited fax advertisements impossible.
2. I never spoke to anyone about any 'fax marketing campaign' ever.
3. I never spoke to one Krishna Chivukual about anything.
4. These dates on the fax exhibits stating 'capture created' December 2, 2014 are equally impossible because I was never there. I believe my monthly contactor fee of $2,000.00 was last paid to me for work ending April, 2014.
5. The faxes appear to be real, but – they are time stamped 1/1/2001, 1/10/2001 and 1/11/2003 which makes this impossible to know with respect to the context or the origin of the fax which I have no recollection ever sending anyway let alone the date they were sent.

Judge this claim seems fabricated to me, so I thought I would send this letter to you.

As a father of four, three of whom are adopted, I have an outstanding personal resume.

So, could you help me figure out what to do?

Best wishes to your family!

Cheers,

Shaw Brendan Ferris    *Brendan Ferris  4/19/2015*

512 D Mill Creek Court

Wilmington, NC 28403

(910) 305-4010

ATTACHMENT