IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE PACKAGING, INC., an Illinois corporation, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 15-cv-1414 |
| Plaintiff, | ) ) | Hon. Milton I. Shadur |
| v. | ) ) | Hon. Mary M. Rowland |
| ADVANCE ANALYTICAL TESTING LABORATORIES, INC., a New Jersey corporation, ADVANCED ANALYTICAL TESTING LABORATORIES, LLC, a New Jersey limited liability company, KRISHNA CHIVUKULA, an individual, and SHAWN FERRIS, an individual, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses Plaintiff's individual claims with prejudice and the Class claims without prejudice.

Date: August 5, 2015

Respectfully submitted,

By: *s/ Joseph J. Siprut*

Joseph J. Siprut
*jsiprut@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
SIPRUT PC
17 North State St.
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.241.1260

*Counsel for Plaintiff
and the Proposed Putative Class*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Notice Of Voluntary Dismissal** was filed this 5th day of August, 2015, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

                                                                                                                          *s/ Joseph J. Siprut*

4853-2982-2758, v. 1