# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Bruce Packaging, Inc.

                                        Plaintiff,

v.                                                          Case No.: 1:15–cv–01414
                                                            Honorable Milton I. Shadur

Advance Analytical Testing Laboratories, Inc., et
al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 6, 2015:

      MINUTE entry before the Honorable Milton I. Shadur:Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's individual claims are dismissed with prejudice and the Class claims are dismissed without prejudice. Motion to certify class [19] is moot.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.